**No. 55489.**—Cathay Crafts Corp. *v.* United States, protests 164744–K, etc. (New York).

Opinion by CLINE, J.  In accordance with stipulation of counsel that the merchandise consists of household utensils similar in all material respects to those the subject of *The Fan Co.* v. *United States* (25 Cust. Ct. 42, C. D. 1261), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, APRIL 26, 1951

**No. 55490.**—Dinhofer Bros., Inc. *v.* United States, protest 142489–K (New York).

Opinion by LAWRENCE, J.  The protest was dismissed.

**No. 55491.**—George Cohn *v.* United States, protest 158954–K (New York).

Opinion by LAWRENCE, J.  The protest was dismissed.

**No. 55492.**—Owesen & Co., Inc. *v.* United States, protest 165703–K (New York).

Opinion by LAWRENCE, J.  The protest was dismissed.

**No. 55493.**—Hugo Neu Corp. *v.* United States, protest 169218–K (New York).

Opinion by LAWRENCE, J.  The protest was dismissed.

BEFORE THE THIRD DIVISION, APRIL 26, 1951

**No. 55494.**—Ignaz Strauss & Co., Inc., et al. *v.* United States, protests 125790–K, etc. (New York).

Opinion by EKWALL, J.  It was stipulated that the Federal Reserve bank certified dual rates of exchange for the currencies involved in the liquidation of the entries for the dates of exportation of the merchandise covered by the entries and that the circumstances relating to the liquidation of the said entries are similar in all material respects to those in Abstract 54732.  In view of this stipulation and following the cited decision it was held that the currencies of the invoices covered by certain enumerated entries should have been converted in the manner directed by the judgment of this court in said Abstract 54732, in accordance with Bureau of Customs Circular Letter No. 2675, dated October 19, 1949.